UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF WASHINGTON

# MAGISTRATE JUDGE JOHN T. RODGERS

## CR-07-024-WFN
## USA v. ISAAC SPRAUER

### INITIAL APPEARANCE - PETITION:  12/30/13

| | | | |
|---|---|---|---|
| [ X ] | Honorable John T. Rodgers | [ X ] | Earl Hicks, USAtty |
| [ X ] | L. Stejskal, Courtroom Deputy | [ X ] | Jaime Hawk, Defense Counsel |
| [ X ] | Cassie Lerch, Pretrial / Probation | | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Defendant appeared with counsel and was advised of his rights and the allegations of violation.  Based on the information contained in the Financial Affidavit, the Court appointed the Federal Defenders.

The Government orally moved for detention;   Defendant was remanded to the custody of the U.S. Marshal pending further Order of the Court.

*PROBABLE CAUSE / BAIL HEARING [Video/JPH]:  1/2/14 @ 1:30 PM*

*REVOCATION HEARING [S/WFN]:   1/16/14 @ 10:30 AM*

FTR/S-740      1:49 – 1:57  PM
### INITIAL APPEARANCE - PETITION:  12/30/13