PROB 12C
(7/93)

Report Date: April 28, 2011

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

APR 28 2011

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Isaac S. Sprauer                     Case Number: 2:07CR00024-001

Address of Offender: ▉▉▉▉▉▉▉▉▉▉▉ Malaga, WA 98828

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 2/5/2009

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 77 Months; TSR - 36 Months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: 12/23/2010 |
| Defense Attorney: | Robert R. Fischer | Date Supervision Expires: 12/22/2013 |

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition**: The defendant will not commit another Federal, state or local crime. |
| | **Supporting Evidence**: Mr. Sprauer was arrested on April 24, 2011, and is under investigation for first degree assault. Information from the Chelan County detective reveals Mr. Sprauer was at a party on April 23, 2011. A fight ensued between Mr. Sprauer's friend and another male. The other male ended up on the ground, and Mr. Sprauer allegedly stomped on the male's head four times. The male had to be taken to Harborview Hospital in Seattle, Washington, to repair his ear, abrasions to his face, and address a potential skull fracture, which was later determined to be negative. There are four independent eyewitnesses who observed Mr. Sprauer's behavior and corroborated the previous noted actions. |
| 2 | **Special Condition #19**: The defendant shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from this substance. |

Prob12C
Re: Sprauer, Isaac S.
April 28, 2011
Page 2

**Supporting Evidence**: Mr. Sprauer submitted a urine sample to our contract provider on March 30, 2011. The specimen was confirmed positive for Ethyl Glucuronide (ETG) alcohol, on April 4, 2011, through laboratory analysis.

On April 24, 2011, Mr. Sprauer disclosed to this officer that he consumed alcohol on or during the evening of April 23, 2011, or during the early morning hours of April 24, 2011. Later that same day, Mr. Sprauer told a detective within the Chelan County Sheriff's Department that he had been drinking alcohol and advised he had eight shots of rum the previous evening.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   04/28/2011

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

April 28, 2011
Date