## UNITED STATES DISTRICT COURT - EASTERN DISTRICT OF WASHINGTON

## MAGISTRATE JUDGE HUTTON
## 2:07-cr-00024-WFN
## USA  v.  ISAAC SPRAUER

(Video Conference) PROBABLE CAUSE / BAIL HEARING re: VIOLATION: 1/2/14

| | | | |
|---|---|---|---|
| [ X ] | Honorable James P. Hutton | [ X ] | Aine Ahmed, USAtty |
| [ X ] | L. Stejskal, Courtroom Deputy [S] | [ X ] | Andrea George, Federal Defenders |
| [ X ] | Pam Howard, Courtroom Deputy [Y] | [ X ] | Rebecca Nichols, U.S. Probation [ Y ] |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>Probable Cause Hearing</u>: Government witness, Officer Rebecca Nichols, U.S. Probation, sworn and examined by Mr. Ahmed; cross-examination by Ms. George; re-direct examination; re-cross.  Argument.

The Court noted that Probation Officer Krous was unavailable for this hearing, but advised that Probation Officers frequently don't have first-hand knowledge of events that comprise violations. The Court found that the standard for probable cause differs from revocation, and found that probable cause exists to proceed to a Revocation hearing.

<u>Bail Hearing</u>: The Government proffered the Presentence report and moved for the continued detention of Defendant.  Argument.  The Court took this matter under advisement and directed counsel to supplement the record regarding due process concerns.  Defendant will remain in the custody of the U.S. Marshal pending further Order of the Court.

*REVOCATION HEARING [S/WFN]:   1/16/14 @ 10:30 AM*

FTR/S-740    *    1:38 – 2:28 PM
(Video Conference) PC / BAIL HEARING re: VIOLATION:  1/2/14