UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHIGNTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ISAAC S. SPRAUER,<br><br>    Defendant. | No. CR-07-0024-WFN<br><br>ORDER OF PROBABLE CAUSE AND ORDER ON BAIL HEARING |

Date of probable cause and bail hearings: 01/02/2014

A probable cause hearing was held on January 2, 2014. Assistant U.S. Attorney Aine Ahmed appeared for the United States. Defendant was present with counsel, Andrea George. Supervising U.S. Probation Officer, Rebecca Nichols testified and was cross examined. Argument was presented by both sides.

The court finds probable cause to believe that the condition violations have been committed and to believe the Defendant committed them.

The court has conducted a bail hearing pursuant to FED. R. CRIM. P. 32.1(a)(6) and 18 U.S.C. § 3143(a), and will rule upon receiving briefing from the parties.

**IT IS ORDERED** Defendant, on the finding of probable cause, is bound over to the United States District Court for a revocation hearing.

DATED January 2, 2014.

s/James P. Hutton<br>
JAMES P. HUTTON<br>
UNITED STATES MAGISTRATE JUDGE

ORDER