# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br>-vs-<br>ISAAC SHANE SPRAUER,<br><br>                          Defendant. | Case No.    2:07-CR-0024-WFN-1<br>**CRIMINAL MINUTES**<br><br>DATE:    JANUARY 23, 2014<br>LOCATION:  SPOKANE<br>**SUPERVISED RELEASE REVOCATION HEARING** |
|---|---|

| Hon. Wm. Fremming Nielsen | | | |
|---|---|---|---|
| Joanna L. Knutson | Heather Foe | N/A | Ronelle F. Corbey |
| **Courtroom Deputy** | **Law Clerk** | **Interpreter** | **Court Reporter** |
| Aine Ahmed | | Andrea K. George | |
| **Government Counsel** | | **Defense Counsel** | |
| **United States Probation Officer:** Stephen N. Krous | | | |

    **[ X ]  Open Court**          **[   ]  Chambers**          **[   ]  Telecon**

Defendant present in custody of United States Marshal with appointed counsel.

Court reviewed pending allegations of supervised release violation by the Defendant: (1) arrest for assault, and (2) consumption of alcohol in spring of 2011.

Counsel address the Court with their recommendations for resolution of the matter. Defendant briefly addressed the Court and ADMITS allegation 2. Court FINDS Defendant in violation of allegation 2 and REVOKES the terms of his supervised release but makes NO FINDINGS as to allegation 1.

**Imprisonment:**    30 Days with credit for time served from 12/30/13
**Supervised Release:**    35 Months under previously imposed standard and special conditions which are **MODIFIED** to include
- Abstain from alcohol
- Do not enter any establishment whose primary item of sale is alcohol

Appeal rights given.

| **CONVENED: 8:38 A.M.** | **ADJOURNED: 8:58 A.M.** | **TIME: 0:20 HR.** | **CALENDARED [ N/A ]** |
|---|---|---|---|