PROB 12C
(6/16)

Report Date: August 5, 2016

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 05 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
YAKIMA, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Isaac S. Sprauer                     Case Number: 0980 2:07CR00024-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 5, 2009

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison 77 months;<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: 01/23/2014 | Prison- 30 days;<br>TSR- 35 months | |
| Asst. U.S. Attorney: | Aine Ahmed | Date Supervision Commenced: January 23, 2014 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: December 22, 2016 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/22/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
|  8 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: On August 4, 2016, Mr. Sprauer admitted he was at 1450 Douglas Street, Rock Island, Washington, on July 30, 2016, and was involved in an altercation. He has been directed on several occasions that he could not be at this address. |
|  9  | **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.<br><br>**Supporting Evidence**: On August 4, 2016, Mr. Sprauer disclosed to this officer he had used methamphetamine, "a couple of days ago, and I drank a beer yesterday." |

10 X

**Special Condition #18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On August 5, 2016, Mr. Sprauer failed to submit to a urinalysis test as directed by his supervising probation officer.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8/5/2016

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

8/5/2016

Date