PROB 12C
(6/16)

Report Date: July 22, 2016

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUL 2 5 2016

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Isaac S. Sprauer             Case Number: 0980 2:07CR00024-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 5, 2009

Original Offense:       Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:      Prison 51 months;              Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Aine Ahmed                     Date Supervision Commenced: January 23, 2014

Defense Attorney:       Andrea K. George               Date Supervision Expires: December 22, 2016

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

                    **Supporting Evidence**: Mr. Sprauer provided random urine samples on the following dates: June 28, 2016, and June 29, 2016. Both samples were sent for laboratory analysis and determined to be positive for amphetamines. The urine was also determined to be dilute. The defendant has denied he has used any illegal drugs.

2                   **Mandatory Condition # 5**: The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

                    **Supporting Evidence**: On July 19, 2016, a walk through of the trailer where the offender was staying was completed. This officer observed a large knife on the couch in plain view. Mr. Sprauer admitted the knife belonged to him.

3                   **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Supporting Evidence**: This officer met with Mr. Sprauer on July 19, 2016, and directed him to go to The Center the following day (July 20, 2016) to complete a makeup urine test as he had failed to go to the facility on July 19, 2016. He failed to provide the urine sample as directed.

4   **Standard Condition # 8**: The defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered.

**Standard Condition # 9**: The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;

**Supporting Evidence**: On July 8, 2016, this officer attempted to contact the offender at his trailer. A marijuana grow was observed in a greenhouse next to the defendant's trailer. The owner of the property advised the grow was his and he did not have a medical marijuana card nor did he have a license to grow the plants. The owner confirmed several people living on the property in other trailers are convicted felons. The owner advised he wanted the offender to move out of the trailer and leave the property.

Later that day, this officer spoke with Mr. Sprauer on his cellular phone and told him he could not reside or stay at the property due to the marijuana grow, the other felons living on the property, and the owner wanting him to move from the home.

On July 19, 2016, this officer contacted the offender at the property where he has been staying in a trailer. This officer observed the marijuana grow was still active in the greenhouse next to the trailer where the offender has been staying. He confirmed the other convicted felons were still living on the property. He again was told to vacant the property.

5   **Special Condition # 16**: You shall complete a mental health evaluation and follow any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.

**Supporting Evidence**: The offender's counseling services were terminated at Catholic Family Services on or about January 22, 2016, due to having insurance through his employer. Since this time, he has had several occasions to complete another mental health assessment and any recommended treatment. The offender scheduled an assessment for July 7, 2016, at Catholic Family Services, but did not show up for the evaluation.

6   **Standard Condition # 5**: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

**Supporting Evidence**: Mr. Sprauer quit his job on February 27, 2016, and since that time he has not been gainfully employed. He has worked odd jobs for friends, but has not been employed full time nor is he attending schooling or other acceptable training.

7     **Special Condition # 18**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer, but not more than six test per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Sprauer failed to provide random urine tests on the following dates: May 11, 2016, June 10, 2016, and July 19, 2016. He was present to provide a sample on the following dates, but was unable to produce a specimen: June 21, 24, and 27, 2016.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:     July 22, 2016

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

7/25/16
Date