PROB 12C
(6/16)

Report Date: August 19, 2016

# United States District Court

for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 19, 2016

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Isaac S Sprauer     Case Number: 0980 2:07CR00024-WFN-1

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: February 5, 2009

Original Offense:   Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1)

Original Sentence:   Prison 51 months;     Type of Supervision: Supervised release
                     TSR - 36 months

Revocation           Prison- 30 days;
Sentence:            TSR- 35 months
01/23/2014

Asst. U.S. Attorney:   Aine Ahmed           Date Supervision Commenced: January 23, 2014

Defense Attorney:      Troy Joseph Lee      Date Supervision Expires: December 22, 2016

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 07/22/2016 and 08/05/2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 11 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
|  | **Supporting Evidence**: An information was filed in Douglas County Superior Court, Waterville, Washington, under cause number 16-1-00171-1, charging Isaac Shane Sprauer with second degree assault. The probable cause filed in the matter indicates, on July 30, 2016, J.W. (victim's initials) confronted Mr. Sprauer as the defendant was trespassing in the backyard, and J.W. asked the defendant to leave. The defendant came at J.W. with a shovel and repeatedly hit J.W. The victim stated, at one point he was laying on the ground shielding himself from the shovel blows when the defendant raised the shovel and thrust it down as if he was attempting to cut off J.W.'s head. The victim received a deep laceration to his forearms that required several stitches. |

**Prob12C**
**Re: Sprauer, Isaac S**
**August 19, 2016**
**Page 2**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  August 19, 2016

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

8/19/16
Date