PROB 12C
(6/16)

# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Report Date: April 12, 2017

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 12, 2017

SEAN F. McAVOY, CLERK

Name of Offender: Isaac S Sprauer                     Case Number: 0980 2:07CR00024-SAB-1

Address of Offender: ███████████████████████████████ Rock Island, Washington 98850

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Stanley A. Bastian, U.S. District Judge

Date of Original Sentence: February 5, 2009

| | | |
|---|---|---|
| Original Offense: | Felon in Possession of Ammunition, 18 U.S.C. § 922(g)(1) | |
| Original Sentence: | Prison - 51 months; TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence: 01/23/2014 | Prison - 30 days; TSR- 35 months | |
| Revocation Sentence: 03/22/2017 | Prison - 10 months; TSR- 25 months | |
| Asst. U.S. Attorney: | Earl Allen Hicks | Date Supervision Commenced: March 29, 2017 |
| Defense Attorney: | Troy Joseph Lee | Date Supervision Expires: April 28, 2019 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 2**: After initially reporting to the probation office, you will receive instruction from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed. |
| | **Supporting Evidence**: Mr. Sprauer met with this officer at his mother's residence on March 31, 2017, and we reviewed and signed the Judgement in a Criminal Case, dated March 22, 2017.  He was directed to contact this officer later in the day and advise where he would be living.  To date, he has failed to report any new address, and his whereabouts are currently unknown. |

2  **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

**Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence**: Mr. Sprauer was advised by his family he could not reside at his mother's residence, 106 Columbia Siding Road, Rock Island, Washington on March 31, 2017. The defendant was directed to contact this officer later that same day and advise where he would be residing. To date, this officer has not heard from the defendant, and his current whereabouts are unknown.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 12, 2017

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[XX] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

4/12/17

Date